THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB ROSEN, Appellant.— Judgment of the Court of Special Sessions convicting defendant of a violation of the Penal Law, section 2411, affirmed. No opinion. Kelly, P. J., Young, Kapper and Hagarty, JJ., concur; Lazansky, J., dissents, and votes to reverse and to dismiss the information, upon the ground that although defendant attempted to defraud complainant, he failed to consummate the act; that before delivery of the coal the attempt to defraud was disclosed and the fraud prevented, and the complainant was neither injured nor defrauded.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH F. DOLAN, Relator, v. GEORGE V. McLAUGHLIN, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner of the city of New York unanimously confirmed, and certiorari proceeding dismissed, without costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

TEMPLE MOTOR SERVICE CORPORATION, Appellant, v. JOSEPH PELLENS, Respondent.— Order granting defendant's motion to vacate notice of examination before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the matters concerning which plaintiff seeks to examine defendant are material and necessary in the prosecution of plaintiff's case, and the fact that defendant gave testimony thereon in another action is not material. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

FRED WAILLANT, JR., Appellant, v. SOUTH BROOKLYN RAILWAY COMPANY and Another, Defendants. UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.— Order directing plaintiff to execute assignment of judgment reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the judgment has been canceled and satisfied, according to the county clerk's record, pursuant to the provisions of section 536 of the Civil Practice Act. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

LORETTA HUGHES WALSH, Respondent, v. RICHARD S. WALSH, Appellant.— The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Order denying motion to vacate order of sequestration affirmed, with ten dollars costs and disbursements. No opinion. Manning, Young, Kapper and Lazansky, JJ., concur.

CHINCA ZWEILER, Appellant, v. DAVID ZWEILER, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.